



**Bell Law Group, PLLC**
116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

**Partners:**
Jonathan Bell
Nathalie Bell
Susan Tylar
Andrea Batres
Paul Bartels
Daniel Johnston
Chaya Gourarie
Kyle Pulis

<u>**VIA ECF**</u>

September 30, 2024

Hon. Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

      Re:     Carlos Ruiz Florez v. Almir Kolenovic et al
               Case #: 1:24-cv-02777-ENV-LKE
               Letter Motion: Settled Case

Hon. Eric N. Vitaliano:

      The undersigned represents all Defendants in this matter. I have been corresponding at length with counsel for Plaintiff. This morning, September 30, 2024, we have reached a settlement in principle.

      The undersigned respectfully requests that the Court extend the Defendant's time to interpose an answer presently due today, September 30, 2024, for 30 days in order to file a stipulation of dismissal; or, alternatively mark the matter dismissed without prejudice with 30 days to file an executed stipulation of dismissal with prejudice. There has been one prior request for an extension of time to answer. This request is made on today's date, September 30, 2024, as confirmation from Plaintiff's counsel on settlement terms was received this morning.

      We thank the Court for your consideration and remain available should any further information be required.

                                      Respectfully Submitted,

                                      BELL LAW GROUP, PLLC

                                      *Daniel Johnston*
                                      Daniel A. Johnston, Esq.

DJ/sfg