UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: **1:24-cv-02777-ENV-LKE**

| | |
|---|---|
| **Carlos Ruiz Florez**,<br>    Plaintiff,<br>vs.<br><br>**Almir Kolenovic**,<br>**Samir Kolenovic,**<br>**Duljo Kolenovic,**<br>**Duljo Corp,**<br>    Defendants. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AGAINST ALL DEFENDANTS** |

Pursuant to F.R.C.P. 41(a)(1)(i), the Plaintiff, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, *with prejudice*, against Defendants, Almir Kolenovic, Samir Kolenovic, Duljo Kolenovic, and Duljo Corp.

Dated: November 14, 2024.

s/Maria Costanza Barducci
Maria-Costanza Barducci (Bar No. 5070487)
    *Attorney for Plaintiff*
BARDUCCI LAW FIRM, PLLC
5 West 19th Street, 10th Floor
New York, New York 10011
(212) 433-2554
MC@BarducciLaw.com
